**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Danny K. JARRETT, also known**
**as Dough–Boy, Defendant–**
**Appellant.**

No. 12–3908.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 7, 2013.

Filed: May 10, 2013.

Stephen C. Moss, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Danny K. Jarrett, Leavenworth, KS, pro se.

Randall D. Eggert, Asst. U.S. Atty., Springfield, MO, for appellee.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Danny Jarrett appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion based on Amendment 750 to the United States Sentencing Guidelines. We conclude that the denial was proper, because the amendment did not lower Jarrett's applicable Guidelines range. *See United States v. Washington,* 618 F.3d 869, 872 (8th Cir.2010) (sentence reduction under § 3582(c)(2) is not authorized where amendment does not have effect of lowering defendant's applicable Guidelines range). Accordingly, we affirm. We also grant counsel's motion to withdraw, subject to counsel informing Jarrett about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.